# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert F. Stoudt Aka Robert Francis Stoudt | CHAPTER 13 |
| Debtor | BKY. NO. 16-14661 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of First Niagara Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 0024

                              Respectfully submitted,

                              **/s/Joshua I. Goldman, Esquire**
                              Joshua I. Goldman, Esquire
                              Thomas Puleo, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406