UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT F. STOUDT
PHYLLIS M. STOUDT

NO. 16-14661 REF
CHAPTER 13
HEARING: NOVEMBER 22, 2016

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE OF HEARING: NOVEMBER 22, 2016 at 9:30 AM

CAB East, LLC/Ford Motor Credit Company, LLC has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a leased 2014 Ford Escape motor vehicle.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 17, 2016,** you or your attorney must do BOTH of the following things:
 (a) **FILE AN ANSWER** explaining your position at:
 Clerk, United States Bankruptcy Court
 Ste. 300 The Madison Building
 400 Washington Street
 Reading, PA 19601
If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;
**AND** (b) **MAIL A COPY** of the documents to the Movant's attorney:
 Howard Gershman, Esquire
 Gershman Law Offices, PC
 610 York Road, Suite 200
 Jenkintown, PA 19046
 Telephone No. 215.886.1120 / Facsimile: 215 886.1118

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A **HEARING ON THE MOTION** is scheduled to be held before the Honorable Richard E. Fehling, on **NOVEMBER 22, 2016,** at **9:30 am** in Courtroom No. **1**, United States Bankruptcy Court, Third Floor, The Madison Building, 400 Washington Street, Reading, PA 19601.

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

 Dated: November 3, 2016