UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT F. STOUDT                        NO. 16-14661 REF
    PHYLLIS M. STOUDT                   CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY AS TO A LEASED 2014 FORD ESCAPE MOTOR VEHICLE [DOCUMENT 23]**

Upon consideration of the Stipulation of the parties in resolution of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC, for Relief from Stay as to a 2014 Ford Escape motor vehicle, including conditional relief from the automatic bankruptcy stay, is hereby approved.

BY THE COURT:

**Date: December 8, 2016**

_____
                                      .J

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA  18102