United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert F. Stoudt
Phyllis M. Stoudt
     Debtors

Case No. 16-14661-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Dec 08, 2016
                       Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
db/jdb      +Robert F. Stoudt,     Phyllis M. Stoudt,     1417 Andrew Drive,     Whitehall, PA 18052-4311
cr        +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
         610 York Road, Suite 200,    Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Dec 09 2016 02:31:55     Synchrony Bank,
        c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
        Miami, FL 33131-1605
                                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2016 at the address(es) listed below:
         DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com
         DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
          hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    First Niagara Bank, National Association
          bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT F. STOUDT                                              NO. 16-14661 REF
    PHYLLIS M. STOUDT                                         CHAPTER 13

**ORDER APPROVING STIPULATION IN RESOLUTION OF MOTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM STAY AS TO A LEASED 2014 FORD ESCAPE MOTOR VEHICLE [DOCUMENT 23]**

Upon consideration of the Stipulation of the parties in resolution of the Motion of CAB East, LLC/Ford Motor Credit Company, LLC, for Relief from Stay as to a 2014 Ford Escape motor vehicle, including conditional relief from the automatic bankruptcy stay, is hereby approved.

BY THE COURT:

**Date: December 8, 2016**

_____.J

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road Ste. 200
Jenkintown, PA 19046

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102