United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert F. Stoudt
Phyllis M. Stoudt
    Debtors

Case No. 16-14661-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv        Page 1 of 1        Date Rcvd: Jan 13, 2017
                            Form ID: 167    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db/jdb       +Robert F. Stoudt,   Phyllis M. Stoudt,   1417 Andrew Drive,   Whitehall, PA 18052-4311
cr         +CAB East, LLC/Ford Motor Credit Company, LLC,   c/o Howard Gershman, Esq.,
          610 York Road, Suite 200,   Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2017 01:59:56     Synchrony Bank,
          c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
          Miami, FL  33131-1605
                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com
        DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HOWARD  GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
         hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   First Niagara Bank, National Association
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   First Niagara Bank, National Association
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                   TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert F. Stoudt and Phyllis M. Stoudt
    Debtor(s)

Case No: 16–14661–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Objection filed by Phyllis M. Stoudt, Robert F. Stoudt to Certification of Default by Creditor CAB East, LLC/Ford Motor Credit Company, LLC.

on: 2/9/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 1/13/17

Timothy B. McGrath
Clerk of Court

32 – 31
Form 167