# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
   Robert P. Stoudt : Chapter 13
   Phyllis M. Stoudt, : Bankruptcy No.  16-14661 REF
    :
   Debtor(s) :

## PRAECIPE TO WITHDRAW DEBTORS' OBJECTION TO CERTIFICATE OF DEFAULT FILED BY CAB EAST, LLC

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtors' Objection to Certificate of Default filed by CAB East, LLC/Ford Motor Credit  filed on January 12, 2017 (Docket Entry No. 31)  in the above matter.

Dated: January 25, 2017                              s/ David S. Gellert
                                                               David S. Gellert, Esquire
                                                               Attorney for Debtors
                                                               1244 Hamilton Street, Suite 204
                                                               Allentown, PA 18102
                                                               610-776-7070   Fax: 610-776-7072