UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ROBERT F. STOUDT                        NO. 16-14661 REF
    PHYLLIS M. STOUDT                      CHAPTER 13

ORDER GRANTING CAB EAST/FORD MOTOR CREDIT COMPANY
RELIEF FROM STAY RE: LEASED 2015 FORD ESCAPE VEHICLE

In consideration of the Certification of Breach of Adequate Protection Order of September 15, 2016, it is ORDERED:

Effective immediately, with waiver of FRBP 4001(a)(3), CAB East, LLC/Ford Motor Credit Company is granted relief from the automatic stays of the Bankruptcy Code, Sections 362/1301 free to exercise its state law *in rem* rights as the owner and lessor of a 2015 Ford Escape motor vehicle leased by Debtor, including its recovery and disposition.

BY THE COURT:

**Date: January 27, 2017**

_____
Bankruptcy Judge

<u>Interested Parties</u>:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102