United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-14661-ref
Robert F. Stoudt                                                          Chapter 13
Phyllis M. Stoudt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Jan 27, 2017
                              Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db/jdb     +Robert F. Stoudt,   Phyllis M. Stoudt,   1417 Andrew Drive,   Whitehall, PA 18052-4311
cr         +CAB East, LLC/Ford Motor Credit Company, LLC,   c/o Howard Gershman, Esq.,
            610 York Road, Suite 200,   Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2017 01:46:42     Synchrony Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

_____

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                          Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com
        DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
        HOWARD GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
         hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   First Niagara Bank, National Association
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor   First Niagara Bank, National Association
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

ROBERT F. STOUDT                               NO. 16-14661 REF
PHYLLIS M. STOUDT                              CHAPTER 13

ORDER GRANTING CAB EAST/FORD MOTOR CREDIT COMPANY
RELIEF FROM STAY RE: LEASED 2015 FORD ESCAPE VEHICLE

In consideration of the Certification of Breach of Adequate Protection Order of September 15, 2016, it is ORDERED:

Effective immediately, with waiver of FRBP 4001(a)(3), CAB East, LLC/Ford Motor Credit Company is granted relief from the automatic stays of the Bankruptcy Code, Sections 362/1301 free to exercise its state law *in rem* rights as the owner and lessor of a 2015 Ford Escape motor vehicle leased by Debtor, including its recovery and disposition.

BY THE COURT:

Date: January 27, 2017

_____
Bankruptcy Judge

Interested Parties:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-0410

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA  18102