UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
ROBERT F. STOUDT                                   NO. 16-14661 REF
PHYLLIS M. STOUDT                                  CHAPTER 13

**PRAECIPE TO WITHDRAW OBJECTION OF CAB EAST, LLC/FORD MOTOR CREDIT COMPANY, LLC, TO CONFIRMATION OF FIRST AMENDED CHAPTER 13 PLAN [DOCUMENT NO. 36]**

TO THE CLERK:

In consideration of the first amended Plan filed by Debtors, please mark the Objection of CAB East, LLC/Ford Motor Credit Company to Confirmation of Debtors' Plan as WITHDRAWN [Document No. 36].

Date: February 1, 2017

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
(215) 886-1120

Copies Sent To:

David S. Gellert, Esquire
1244 W. Hamilton Street
Suite 204
Allentown, PA 18102