United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert F. Stoudt  
Phyllis M. Stoudt  
    Debtors  

Case No. 16-14661-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Feb 23, 2017  
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db/jdb    +Robert F. Stoudt,   Phyllis M. Stoudt,   1417 Andrew Drive,   Whitehall, PA 18052-4311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:  
        DAVID S. GELLERT   on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com  
        DAVID S. GELLERT   on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        HOWARD GERSHMAN   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC  
         hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   First Niagara Bank, National Association  
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        THOMAS I. PULEO   on behalf of Creditor   First Niagara Bank, National Association  
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert F. Stoudt and Phyllis M. Stoudt
     Debtor(s)
                                 Chapter: 13
                                 Bankruptcy No: 16−14661−ref

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 23, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Richard E. Fehling
                                                        Judge ,
                                                        United States Bankruptcy Court