# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
|    Robert F. Stoudt | :   Chapter 13 |
|    Phyllis M. Stoudt, | :   Bankruptcy No.  16-14661 REF |
|       Debtor(s) | : |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive compensation in the amount of $4,000.00 and reimbursement of expenses in the amount of $339.98 for a total compensation amount of $4,339.98, $1,310.00 of which has been paid.

BY THE COURT:

**Date: March 19, 2017**

_____

B.J.