United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert F. Stoudt
Phyllis M. Stoudt
    Debtors

Case No. 16-14661-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: dlv           Page 1 of 1          Date Rcvd: Mar 20, 2017
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2017.
db/jdb      +Robert F. Stoudt,    Phyllis M. Stoudt,    1417 Andrew Drive,    Whitehall, PA 18052-4311
cr         +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
            610 York Road, Suite 200,    Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2017 01:51:23     Synchrony Bank,
           c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
           Miami, FL 33131-1605
                                                                                                                                            TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2017 at the address(es) listed below:
        DAVID S. GELLERT   on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com
        DAVID S. GELLERT   on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HOWARD GERSHMAN   on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
    hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   First Niagara Bank, National Association
    bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   First Niagara Bank, National Association
    tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
|     Robert F. Stoudt | :    Chapter 13 |
|     Phyllis M. Stoudt, | :    Bankruptcy No.  16-14661 REF |
|           Debtor(s) | : |

### ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive compensation in the amount of $4,000.00 and reimbursement of expenses in the amount of $339.98 for a total compensation amount of $4,339.98, $1,310.00 of which has been paid.

BY THE COURT:

**Date: March 19, 2017**

_____

B.J.