

National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962
1-800-955-8532

05/01/17

To Whom It May Concern:

Ford Motor Credit Company LLC hereby withdraws Proof of Claim number 1-2, filed in the case of Robert F. Stoudt, case number 16-14661, account number 2137, on vehicle number 1FMCU9JX5EUD21643.

Please call if you should have questions.


Account Services Representative,
/s/ Melody Pedini

DOC 886-34 FC-LI-PR Revised 01/25/2016