WWR# 21364987

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert F. Stoudt<br>Phyllis M. Stoudt<br>　　　　　　　　Debtor<br><br>Citizens Bank, N.A.<br>　　　　　　　　Movant | Case No. 16-14661-ref<br><br>Chapter 13<br><br>**Hearing Date:** 07/13/2017<br>**Hearing Time:** 09:30 am |

## REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, Robert F. Stoudt and Phyllis M. Stoudt, has failed to make the post-petition payments that were due to Movant on the date listed below and in the amounts listed below:

　　(a)　　One (1) monthly post-petition payment of $645.58, due on 07/12/2016.

　　(b)　　One (1) monthly post-petition payment of $652.52, due on 08/12/2016.

　　(c)　　One (1) monthly post-petition payment of $632.52, due on 09/12/2016.

　　(d)　　One (1) monthly post-petition payment of $625.58, due on 10/12/2016.

　　(e)　　One (1) monthly post-petition payment of $632.52, due on 11/12/2016.

　　(f)　　One (1) monthly post-petition payment of $625.57, due on 12/12/2016.

　　(g)　　One (1) monthly post-petition payment of $632.52, due on 01/12/2017.

　　(h)　　One (1) monthly post-petition payment of $632.83, due on 02/12/2017.

　　(i)　　One (1) monthly post-petition payment of $626.14, due on 03/12/2017.

　　(j)　　One (1) monthly post-petition payment of $648.53, due on 04/12/2017.

　　(k)　　One (1) monthly post-petition payment of $641.07, due on 05/12/2017.

      Respectfully Submitted

    WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Keri P. Ebeck
KERI P. EBECK, ESQUIRE
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219
(412) 388-7102
Attorney for Movant