WWR# 21364987

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert F. Stoudt<br>Phyllis M. Stoudt<br><br>      Debtor<br><br>Citizens Bank, N.A.<br><br>      Movant | Case No. 16-14661-ref<br><br>Chapter 13<br><br>**Hearing Date:** 07/13/2017<br>**Hearing Time:** 09:30 am |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor produce for inspection by the undersigned attorney for the Movant the following:

1.  If you deny any or all of the subsections under Movant's Request for admission No. 1:

   (a)  Canceled check, receipt, proof of money order, or other documentation evidencing that the post-petition payment due on 06/30/2017 through and including 05/12/2017, was tendered to Movant.

2.  Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

           Respectfully Submitted,

           WELTMAN, WEINBERG & REIS CO., L.P.A.

           /s/ Keri P. Ebeck
           KERI P. EBECK, ESQUIRE
           436 7th Avenue, Suite 2500
           Pittsburgh, PA 15219
           (412) 388-7102
           Attorney for Movant