**WWR# 21364987**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CASE NO.  16-14661-ref
Robert F. Stoudt
Phyllis M.Stoudt                                          CHAPTER 13
                              Debtor                      Related to Document Number 54
                                                          **Hearing Date:** 07/13/2017
Citizens Bank, N.A.                                       **Hearing Time:** 09:30 am
                              Movant

### CERTIFICATION OF NO RESPONSE

TO THE CLERK OF BANKRUPTCY COURT:

        The undersigned certifies that no response to the motion of Movant, Citizens Bank, N.A. for Relief from

the Automatic Stay is of record.  Kindly submit the Order as attached hereto as Exhibit "A" to the Court for the

entry of a Default Judgment for want of an answer.


                                        /s/ Keri P. Ebeck
                                        Keri P. Ebeck
                                        436 7th Avenue
                                        Suite 2500
                                        Pittsburgh, PA 15219
                                        (412) 388-7102
                                        Attorney for Movant

2136498 - MFF/Resale                                                    10/27/00

**WWR# 21364987**

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO.  16-14661-ref
Robert F. Stoudt
Phyllis M.Stoudt                                CHAPTER 13
                          Debtor                Related to Document Number 54
                                                **Hearing Date:** 07/13/2017
Citizens Bank, N.A.                             **Hearing Time:** 09:30 am
                          Movant

## CERTIFICATE OF SERVICE

I, Keri P. Ebeck Esquire, attorney for Movant, do hereby certify that true and correct copies of the

Certification of No Response have been served on the 10th day of July, 2017 by first class mail, postage prepaid

from Pittsburgh, Pennsylvania, upon those listed below:

Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107

Robert F. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052

Phyllis M. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052

David S. Gellert, 1244 W. Hamilton Street, Suite 204, Allentown, PA 18102

(Served by Electronic Notification)

Frederick L. Reigle, 2901 St. Lawrence Ave., P.O. Box 4010, Reading, PA 19606

Office of the U.S. Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107


                          WELTMAN, WEINBERG & REIS CO., L.P.A.



                          BY: /s/ Keri P. Ebeck
                              Keri P. Ebeck
                              436 7th Avenue
                              Suite 2500
                              Pittsburgh, PA 15219
                              (412) 388-7102
                              Attorney for Movant