WWR# 21364987

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert F. Stoudt<br>Phyllis M. Stoudt,<br>                Debtors<br><br>Citizens Bank, N.A.<br>                Movant | Case No. 16-14661-ref<br><br>Chapter 13<br>Related to Document No. 54 & 60<br>Hearing Date:<br>Hearing Time: |

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2017. Upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtors, secured by the real property located at 1417 Andrew Drive, Whitehall, PA 18052 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtors make each and every payment in a timely and complete manner beginning with the 10/1/17 payment which must be paid in full in the amount of $645.58 to Citizens Bank, N.A., on or before 10/01/2017. The Debtors are to cure Movant's arrears totaling $10,689.60 through the Debtors' Chapter 13 Plan and remain current. Debtors' Amended Plan shall be filed within thirty (30) days of the approved stipulation. Regular payments are due to Movant on or before the 1st day of each month.

Should the Debtors default in any payment, notice will be sent to Debtors' Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtors' Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Citizens Bank, N.A..

| | |
|---|---|
| Attorney for Movant<br>Keri P. Ebeck<br>436 Seventh Avenue, Suite 2500<br>Pittsburgh, PA 15219 | Honorable Richard E. Fehling<br>United States Bankruptcy Judge<br><br>Attorney for the Debtors<br>David S. Gellert<br>1244 W. Hamilton Street, Suite 204<br>Allentown, PA 18102 |

_____
For Trustee Frederick L. Reigle

10/2/17