United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 16-14661-ref
Robert F. Stoudt                                                                          Chapter 13
Phyllis M. Stoudt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: dlv               Page 1 of 1            Date Rcvd: Oct 04, 2017
                                 Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db/jdb        +Robert F. Stoudt,    Phyllis M. Stoudt,    1417 Andrew Drive,    Whitehall, PA 18052-4311
cr            +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2017 01:23:06     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                         TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com,
          r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com,
          r46641@notify.bestcase.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          HOWARD GERSHMAN    on behalf of Creditor   CAB East, LLC/Ford Motor Credit Company, LLC
          hg229ecf@gmail.com,  229ecf@glpoc.comcastbiz.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   First Niagara Bank, National Association
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          KERI P EBECK    on behalf of Creditor   Citizens Bank, N.A. kebeck@weltman.com,
          jbluemle@weltman.com
          THOMAS I. PULEO    on behalf of Creditor   First Niagara Bank, National Association
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 8

WWR# 21364987

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | Case No. 16-14661-ref |
| Robert F. Stoudt | | |
| Phyllis M. Stoudt, | | Chapter 13 |
| | Debtors | Related to Document No. 54 & 60 |
| | | Hearing Date: |
| Citizens Bank, N.A. | | Hearing Time: |
| | Movant | |

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2017. Upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay and the Response filed by the Debtor.  Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtors, secured by the real property located at 1417 Andrew Drive, Whitehall, PA 18052 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtors make each and every payment in a timely and complete manner beginning with the 10/1/17 payment which must be paid in full in the amount of $645.58 to Citizens Bank, N.A., on or before 10/01/2017. The Debtors are to cure Movant's arrears totaling $10,689.60 through the Debtors' Chapter 13 Plan and remain current.  Debtors' Amended Plan shall be filed within thirty (30) days of the approved stipulation. Regular payments are due to Movant on or before the 1st day of each month.

Should the Debtors default in any payment, notice will be sent to Debtors' Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtors' Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Citizens Bank, N.A..

**Date: October 4, 2017**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge

_____
Attorney for Movant
Keri P. Ebeck
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

_____
Attorney for the Debtors
David S. Gellert
1244 W. Hamilton Street, Suite 204
Allentown, PA 18102

For Trustee Frederick L. Reigle

10/2/17