*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert F. Stoudt and Phyllis M. Stoudt
    Debtor(s)

Case No: 16–14661–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor Citizens Bank, N.A

    on: 3/8/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/16/18

Timothy B. McGrath
Clerk of Court

68 – 67
Form 167