United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert F. Stoudt
Phyllis M. Stoudt
    Debtors

Case No. 16-14661-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Feb 16, 2018
                   Form ID: 167    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db/jdb         +Robert F. Stoudt,   Phyllis M. Stoudt,    1417 Andrew Drive,   Whitehall, PA 18052-4311
cr             +CAB East, LLC/Ford Motor Credit Company, LLC,   c/o Howard Gershman, Esq.,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr             +KeyBank N.A. as s/b/m/ to First Niagara Bank, NA,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
13789269       +Citizens Bank N.A.,   1 Citizens Drive Mailstop ROP15B,   Rvierside, RI 02915-3019
13753156      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   Citizens Bank,   P.O. Box 18204,   Bridgeport, CT 06601)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 17 2018 02:49:58     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2018 at the address(es) listed below:
```
          DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com,
           r46641@notify.bestcase.com
          DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com,
           r46641@notify.bestcase.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
           hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    First Niagara Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
           jbluemle@weltman.com
          THOMAS I. PULEO    on behalf of Creditor    First Niagara Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert F. Stoudt and Phyllis M. Stoudt
    Debtor(s)

Case No: 16−14661−ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default by Creditor Citizens Bank, N.A

on: 3/8/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/16/18

Timothy B. McGrath
Clerk of Court

68 − 67
Form 167