# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    Robert F. Stoudt : | Chapter 13 |
|    Phyllis M. Stoudt, : | |
| : | Bankruptcy No. 16-14661 REF |
| : | |
|           Debtor(s) : | |

## PRAECIPE TO WITHDRAW DEBTORS' OBJECTION TO CERTICATION OF DEAULT BY CREDITOR, CITZENS BANK, N.A. (ENTRY NO. 67)

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtors' Objection to Certification of Default by Creditor Citizens Bank, N.A. (Docket entry no. 67) filed on February 15, 2018 in the above matter.

Dated: April 6, 2018

s/ David S. Gellert
David S. Gellert, Esquire
Attorney for Debtors
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070   Fax: 610-776-7072