# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| Robert F. Stoudt | : | Chapter 13 |
| Phyllis M. Stoudt | : | Bankruptcy No.  16-14661 REF |
| | : | |
| Debtors | : | |

## CONSENT ORDER

David S. Gellert, Esquire Counsel for the Debtors and Nathalie Paul Counsel for Citizens Bank hereby consent to the Debtors' filing of a Motion to Approve the post confirmation amendment of the Chapter 13 Plan increasing the Debtors monthly payment to provide sufficient funding to pay the Citizens Bank post petition arrears under the plan.


s/Nathalie Paul                                   s.David S. Gellert
Nathalie Paul                                      David S. Gellert, Esquire
Weltman, Weinberg & Reis Co., LPA      David S. Gellert, Esquire
170 S. Independence Ave., Suite 874W  1244 Hamilton Street, Suite 204
Philadelphia, PA 19106                        Allentown, PA 18102
(267) 940-1643                                    610776-7070


Approved by:


_____
Richard E. Fheling
United States Bankruptcy Judge