United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert F. Stoudt
Phyllis M. Stoudt
     Debtors

Case No. 16-14661-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 16, 2018
                         Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
```
db/jdb       +Robert F. Stoudt,    Phyllis M. Stoudt,    1417 Andrew Drive,    Whitehall, PA 18052-4311
cr           +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
               610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr           +KeyBank N.A. as s/b/m/ to First Niagara Bank, NA,    4910 Tiedeman Road,
               Brooklyn, OH 44144-2338
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 01:49:38      Synchrony Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                             TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HOWARD  GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    First Niagara Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              NATHALIE  PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
               PitEcf@weltman.com
              THOMAS I. PULEO    on behalf of Creditor    First Niagara Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| Robert F. Stoudt | : | Chapter 13 |
| Phyllis M. Stoudt | : | Bankruptcy No. 16-14661 REF |
| | : | |
| Debtors | : | |

### CONSENT ORDER

David S. Gellert, Esquire Counsel for the Debtors and Nathalie Paul Counsel for Citizens Bank hereby consent to the Debtors' filing of a Motion to Approve the post confirmation amendment of the Chapter 13 Plan increasing the Debtors monthly payment to provide sufficient funding to pay the Citizens Bank post petition arrears under the plan.

s/Nathalie Paul
Nathalie Paul
Weltman, Weinberg & Reis Co., LPA
170 S. Independence Ave., Suite 874W
Philadelphia, PA 19106
(267) 940-1643

s.David S. Gellert
David S. Gellert, Esquire
David S. Gellert, Esquire
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610776-7070

Approved by:

Richard E. Fheling
United States Bankruptcy Judge

**Date: April 16, 2018**