# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| **Robert F. Stoudt** | : | **Chapter 13** |
| **Phyllis M. Stoudt,** | : | **Bankruptcy No.  16-14661 REF** |
| | : | |
| **Debtor(s)** | : | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive supplemental compensation in the amount of $975.00 and reimbursement of supplemental expenses in the amount of $32.00, for total compensation and expenses in the amount of $5,346.98; $4,339.98 of which has been paid.

**Date: June 25, 2018**

BY THE COURT:

_____
B.J.