United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-14661-ref
Robert F. Stoudt                                                            Chapter 13
Phyllis M. Stoudt
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                  Page 1 of 1                  Date Rcvd: Jun 25, 2018
                                Form ID: pdf900            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db/jdb         +Robert F. Stoudt,    Phyllis M. Stoudt,    1417 Andrew Drive,    Whitehall, PA 18052-4311
cr             +CAB East, LLC/Ford Motor Credit Company, LLC,    c/o Howard Gershman, Esq.,
                 610 York Road, Suite 200,    Jenkintown, PA 19046-2867
cr             +KeyBank N.A. as s/b/m/ to First Niagara Bank, NA,    4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2018 02:28:52      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL   33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HOWARD   GERSHMAN    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    First Niagara Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              NATHALIE   PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
               PitEcf@weltman.com
              THOMAS I. PULEO    on behalf of Creditor    First Niagara Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| **Robert F. Stoudt** | **:** | **Chapter 13** |
| **Phyllis M. Stoudt,** | **:** | **Bankruptcy No. 16-14661 REF** |
| | **:** | |
| **Debtor(s)** | **:** | |

## ORDER APPROVING SUPPLEMENTAL COMPENSATION

Upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtors, receive supplemental compensation in the amount of $975.00 and reimbursement of supplemental expenses in the amount of $32.00, for total compensation and expenses in the amount of $5,346.98; $4,339.98 of which has been paid.

**Date: June 25, 2018**

BY THE COURT:

_____

B.J.