**WWR# 021364987**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ROBERT F. STOUDT,<br>PHYLLIS M. STOUDT,<br><br>                  Debtor,<br><br>CITIZENS BANK, N.A.,<br><br>                  Movant. | Case No. 16-14661-pmm<br><br>Chapter 13<br><br><br><br>Related to Doc. Nos.: 54, 60, 62 |

### **ORDER**

AND NOW, upon certification of Debtor's Default under the terms of a Stipulation between the above captioned parties approved by this Court on October 4, 2017, notice of such default having been provided to Debtor in accordance with such Stipulation,

IT IS HEREBY **ORDERED** that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code), 11 U.S.C. Section 362, is modified to allow the above-captioned Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with foreclosure and/or Sheriff's Sale of the subject property located at: 1417 Andrews Drive, Whitehall, PA 18052.

**Date: May 28, 2020**

_Patricia M. Mayer_
HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE