Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-14661-PMM

ROBERT F. STOUDT  
PHYLLIS M. STOUDT  
1417 ANDREW DRIVE  
WHITEHALL  PA    18052

Petition Filed Date: 06/30/2016  
341 Hearing Date: 09/20/2016  
Confirmation Date: 02/23/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | $608.00 | 25553341405 | 02/01/2019 | $608.00 | 25553340292 | 04/16/2019 | $608.00 | 25812159748 |
| 05/10/2019 | $608.00 | 25812173160 | 06/07/2019 | $608.00 | 25998679225 | 07/26/2019 | $608.00 | 25998691050 |
| 09/10/2019 | $608.00 | 25998699543 | 10/23/2019 | $608.00 | 26215560516 | 11/13/2019 | $608.00 | 26215562845 |
| 02/04/2020 | $608.00 | 26215571237 | 02/14/2020 | $608.00 | 26446258451 | 03/24/2020 | $608.00 | 26446266101 |
| 04/03/2020 | $608.00 | 26446272568 | 06/11/2020 | $608.00 | 26277844522 | 07/06/2020 | $608.00 | 26655516898 |

Total Receipts for the Period:  $9,120.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $19,484.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 009 | Unsecured Creditors | $160.47 | $0.00 | $160.47 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $5,506.71 | $0.00 | $5,506.71 |
| 7 | BECKET & LEE, LLP<br>»» 007 | Unsecured Creditors | $885.95 | $0.00 | $885.95 |
| 6 | CITIZENS BANK NA<br>»» 006 | Mortgage Arrears | $10,836.80 | $7,281.55 | $3,555.25 |
| 6 | CITIZENS BANK NA<br>»» 06P | Mortgage Arrears | $10,689.60 | $6,500.46 | $4,189.14 |
| 5 | DELL FINANCIAL SERVICES LP<br>»» 005 | Unsecured Creditors | $1,472.90 | $0.00 | $1,472.90 |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FORD MOTOR CREDIT COMPANY<br>»» 002 | Unsecured Creditors | $922.40 | $0.00 | $922.40 |
| 12 | KEYBANK NA<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | NATIONAL COLLEGIATE STUDENT LOAN TRUST<br>»» 004 | Unsecured Creditors | $15,178.06 | $0.00 | $15,178.06 |
| 8 | PPL ELECTRIC UTILITIES<br>»» 008 | Unsecured Creditors | $1,331.08 | $0.00 | $1,331.08 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $590.24 | $0.00 | $590.24 |
| 11 | TD BANK USA NA<br>»» 011 | Unsecured Creditors | $891.69 | $0.00 | $891.69 |
| 13 | DAVID S GELLERT, ESQ<br>»» 013 | Attorney Fees | $3,029.98 | $3,029.98 | $0.00 |

**Chapter 13 Case No. 16-14661-PMM**

| 14 | DAVID S GELLERT, ESQ<br>»» 014 | Attorney Fees | $1,007.00 | $1,007.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,484.00 | Current Monthly Payment: | $608.00 |
| Paid to Claims: | $17,818.99 | Arrearages: | $2,823.00 |
| Paid to Trustee: | $1,665.01 | Total Plan Base: | $28,995.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.