**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|     ROBERT F. STOUDT | : | Bankruptcy No.  16-14661 PMM |
|     PHYLLIS M. STOUDT, | : | Chapter 13 |
| | : | |
|     Debtors | : | |

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 14th day of June 2021, David S. Gellert, Esquire, of David S. Gellert,

P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was

filed or served on him with respect to the Notice dated May 19, 2021 of the filing of the Motion

to Modify Plan after Confirmation.

Dated: June 14, 2021                                     s/David S. Gellert_____
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        1244 Hamilton Street, Suite 204
                                                        Allentown, PA 8102
                                                        610-776-7070 Fax: 610-776-7072
                                                        dsgatn@rcn.com