# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT P. STOUDT | : | Bankruptcy No. 16-14551 PMM |
|    PHYLLIS M. STOUDT, | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | |

# O R D E R

Upon consideration of the Debtors' Motion to Amend Chapter 13 Plan After Confirmation, after notice and opportunity for hearing, it is hereby

**ORDERED** that the confirmed Third Amended Chapter 13 Plan is hereby approved to cure the Debtors' plan payment delinquency.

BY THE COURT:

*/s/ Patricia M. Mayer/*
_____
Patricia M. Mayer        BJ

**Date: June 17, 2021**