United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Robert F. Stoudt<br>Phyllis M. Stoudt<br>    Debtors | Case No. 16-14661-pmm<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 17, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Stoudt, Phyllis M. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052-4311 |
| cr | + | CAB East, LLC/Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| cr | + | KeyBank N.A. as s/b/m/ to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: gecsedi@recoverycorp.com<br><br> | Jun 17 2021 23:52:12 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021               Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Robert F. Stoudt dsgatn@rcn.com r46641@notify.bestcase.com |
| DAVID S. GELLERT | on behalf of Joint Debtor Phyllis M. Stoudt dsgatn@rcn.com r46641@notify.bestcase.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 17, 2021 | Form ID: pdf900 | Total Noticed: 4

HOWARD GERSHMAN
    on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JOSHUA I. GOLDMAN
    on behalf of Creditor First Niagara Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

NATHALIE PAUL
    on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor First Niagara Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
    ROBERT P. STOUDT : Bankruptcy No. 16-14551 PMM
    PHYLLIS M. STOUDT, : Chapter 13
     :
    Debtor(s) :

**O R D E R**

Upon consideration of the Debtors' Motion to Amend Chapter 13 Plan After Confirmation, after notice and opportunity for hearing, it is hereby

**ORDERED** that the confirmed Third Amended Chapter 13 Plan is hereby approved to cure the Debtors' plan payment delinquency.

BY THE COURT:

**Date: June 17, 2021**

_____
Patricia M. Mayer    BJ