**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| ROBERT F. STOUDT | : | Bankruptcy No. 16-14661 PMM |
| PHYLLIS M. STOUDT, | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 27th day of July 2021, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 2, 2021 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
dsgatn@rcn.com