UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| ROBERT F. STOUDT | : | Bky. No. 16-14661 |
| PHYLISS M. STOUDT, | : | Chapter 13 |
| Debtors | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Second Supplemental Application for Compensation filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtors, and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $656.90 comprised of $625.00 in compensation and $31.90 in reimbursement of actual, necessary expenses.

The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), the allowed compensation set forth in paragraph 2, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

BY THE COURT:

/s/ Patricia M. Mayer

Dated: 7/28/21

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE