# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT F. STOUDT | : | Chapter 13 |
|    PHYLLIS M. STOUDT | : | |
| | : | Bankruptcy No. 16-14661 PMM |
|            Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 15th day of March, 2022, David S. Gellert, Esquire, of David S. Gellert P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated February 28, 2022 of the filing of the Debtor's Amended Motion for Exemption for Robert F. Stoudt from Completing the Financial Management Course and Certification Regarding Domestic Support Obligations.

Dated:  March 15, 2022

   s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net