# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT F. STOUDT | : | Chapter 13 |
|    aka ROBERT FRANCIS STOUDT | : | |
|    PHYLLIS M. STOUDT | : | Bankruptcy No. 16-14661 PMM |
| | : | |
|    Debtors | : | |

### PRAECIPE TO WITHDRAW CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) FOR ROBERT F. STOUDT

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Kindly withdraw Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) for Robert F. Stoudt filed on February 23, 2022 and docketed to Number 123.

Dated:  March 17, 2022

     s/   David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net