# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT F. STOUDT | : | Chapter 13 |
|    PHYLLIS M. STOUDT | : | |
| | : | Bankruptcy No. 16-14661 PMM |
|                       Debtors | : | |

## ORDER

Upon consideration of the Debtors' Amended Motion for Exemption from Financial Management Course and Certification Regarding Domestic Support Obligations, and after notice and opportunity for hearing, it is hereby

**ORDERED** that the above Debtor, Robert F. Stoudt, be and hereby is exempt from completing the Financial Management Course and the Certification Regarding Domestic Support Obligations.

**Date: March 17, 2022**

BY THE COURT:

_Patricia M. Mayer_
Patricia M. Mayer
United States Bankruptcy Judge