United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-14661-pmm

Robert F. Stoudt                                                                          Chapter 13

Phyllis M. Stoudt

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Stoudt, Phyllis M. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052-4311 |
| cr | + | CAB East, LLC/Ford Motor Credit Company, LLC, c/o Howard Gershman, Esq., 610 York Road, Suite 200, Jenkintown, PA 19046-2867 |
| cr | + | KeyBank N.A. as s/b/m/ to First Niagara Bank, NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 23:56:57 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2022        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | |
| | on behalf of Debtor Robert F. Stoudt dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | |
| | on behalf of Joint Debtor Phyllis M. Stoudt dsgrdg@ptdprolog.net |

District/off: 0313-4                          User: admin                                      Page 2 of 2

Date Rcvd: Mar 17, 2022                       Form ID: pdf900                                   Total Noticed: 4

HOWARD GERSHMAN
                    on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JOSHUA I. GOLDMAN
                    on behalf of Creditor First Niagara Bank  National Association Josh.Goldman@padgettlawgroup.com,
                    angelica.reyes@padgettlawgroup.com

NATHALIE PAUL
                    on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT DAVID FINK
                    on behalf of Creditor Citizens Bank  N.A. sfink@weltman.com

SCOTT DAVID FINK
                    on behalf of Creditor KeyBank  N.A. sfink@weltman.com

SCOTT DAVID FINK
                    on behalf of Creditor CALIBER HOME LOANS  LLC sfink@weltman.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

THOMAS I. PULEO
                    on behalf of Creditor First Niagara Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
     ROBERT F. STOUDT                :        Chapter 13
     PHYLLIS M. STOUDT             :
                              :        Bankruptcy No. 16-14661 PMM
          Debtors            :

<u>**ORDER**</u>

Upon consideration of the Debtors' Amended Motion for Exemption from Financial

Management Course and Certification Regarding Domestic Support Obligations, and after notice

and opportunity for hearing, it is hereby

**ORDERED** that the above Debtor, Robert F. Stoudt, be and hereby is exempt from

completing the Financial Management Course and the Certification Regarding Domestic Support

Obligations.

BY THE COURT:

**Date: March 17, 2022**

_____
Patricia M. Mayer
United States Bankruptcy Judge