United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Robert F. Stoudt  
Phyllis M. Stoudt  
    Debtors

Case No. 16-14661-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 21, 2022      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert F. Stoudt, Phyllis M. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052-4311 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13783010 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 13871027 | #+ | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 13753159 | + | Ford Motor Credit, P.O. Box 6058, Mesa, AZ 85216-6058 |
| 13841897 | + | KeyBank, National Association, 4224 Ridge Lea Road, Amherst, NY 14226-1016 |
| 13778254 | + | National Collegiate Student Loan Trust 2006-1, Transworld Systems, INC, P.O. Box 4275, Norcross GA 30091-4275 |
| 13753162 | + | PPL, 827 Hausman Road, Allentown, PA 18104-9392 |
| 13753164 | + | Target National Bank, P.O. Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2022 23:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 21 2022 23:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2022 23:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13789269 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2022 23:20:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Rvierside, RI 02915 |
| 14666056 | + | Email/Text: BKRMailOps@weltman.com | Mar 21 2022 23:20:00 | Caliber Homes Loans, LLC, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 13753155 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:30:06 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13760152 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2022 23:30:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13817242 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2022 23:30:06 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13753156 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: 138OBJ | Total Noticed: 34 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 21 2022 23:20:00 | Citizens Bank, P.O. Box 18204, Bridgeport, CT 06601-3204 |
| 14666057 | + | Email/Text: BKRMailOps@weltman.com | Mar 21 2022 23:20:00 | Citizens Bank, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14667045 | + | Email/Text: dsgrdg@ptdprolog.net | Mar 21 2022 23:20:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 13753157 | + | Email/PDF: DellBKNotifications@resurgent.com | Mar 21 2022 23:30:11 | Dell Financial Services, 1 Dell Way, PS2DF 2, Round Rock, TX 78682-0001 |
| 13835134 | | Email/Text: G06041@att.com | Mar 21 2022 23:20:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13753158 | | Email/Text: fnb.bk@fnfg.com | Mar 21 2022 23:20:00 | First Niagara Bank, 6950 South Transit Road, P.O. Box 514, Lockport, NY 14095 |
| 13755438 | | Email/Text: EBNBKNOT@ford.com | Mar 21 2022 23:20:00 | Ford Motor Credit Company LLC, Dept. 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 14666055 | + | Email/Text: BKRMailOps@weltman.com | Mar 21 2022 23:20:00 | Keybank, NA, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 13753160 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 21 2022 23:20:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 13753161 | + | Email/Text: ngisupport@radiusgs.com | Mar 21 2022 23:20:00 | Northland Group, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 13837010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 21 2022 23:30:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13759451 | | Email/PDF: rmscedi@recoverycorp.com | Mar 21 2022 23:30:09 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13753163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2022 23:30:09 | Sears, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13837292 | + | Email/Text: bncmail@w-legal.com | Mar 21 2022 23:20:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022            Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID S. GELLERT | on behalf of Joint Debtor Phyllis M. Stoudt dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor Robert F. Stoudt dsgrdg@ptdprolog.net |
| HOWARD GERSHMAN | on behalf of Creditor CAB East LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor First Niagara Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| NATHALIE PAUL | on behalf of Creditor Citizens Bank N.A. npaul@weltman.com, pitecf@weltman.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT DAVID FINK | on behalf of Creditor CALIBER HOME LOANS LLC sfink@weltman.com |
| SCOTT DAVID FINK | on behalf of Creditor Citizens Bank N.A. sfink@weltman.com |
| SCOTT DAVID FINK | on behalf of Creditor KeyBank N.A. sfink@weltman.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor First Niagara Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert F. Stoudt and Phyllis M. Stoudt
        Debtor(s)

Case No: 16−14661−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/21/22