United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 16-14661-pmm
Robert F. Stoudt                                                                Chapter 13
Phyllis M. Stoudt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                       User: admin                       Page 1 of 2
Date Rcvd: May 16, 2022            Form ID: 195                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

**Recip ID**             **Recipient Name and Address**
db/jdb                + Robert F. Stoudt, Phyllis M. Stoudt, 1417 Andrew Drive, Whitehall, PA 18052-4311

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:

**Name**                       **Email Address**

DAVID S. GELLERT
                            on behalf of Debtor Robert F. Stoudt dsgrdg@ptdprolog.net

DAVID S. GELLERT
                            on behalf of Joint Debtor Phyllis M. Stoudt dsgrdg@ptdprolog.net

HOWARD GERSHMAN
                            on behalf of Creditor CAB East  LLC/Ford Motor Credit Company, LLC hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net

JOSHUA I. GOLDMAN
                            on behalf of Creditor First Niagara Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

NATHALIE PAUL
                            on behalf of Creditor Citizens Bank  N.A. npaul@weltman.com, pitecf@weltman.com

ROLANDO RAMOS-CARDONA

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 16, 2022 | Form ID: 195 | Total Noticed: 1 |

    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT DAVID FINK
    on behalf of Creditor KeyBank N.A. sfink@weltman.com

SCOTT DAVID FINK
    on behalf of Creditor CALIBER HOME LOANS LLC sfink@weltman.com

SCOTT DAVID FINK
    on behalf of Creditor Citizens Bank N.A. sfink@weltman.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS I. PULEO
    on behalf of Creditor First Niagara Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                          : Chapter 13

Robert F. Stoudt and Phyllis M. Stoudt                    : Case No. 16−14661−pmm
    Debtor(s)

*ORDER*
_____

AND NOW, this day , May 16, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

140
Form 195